■ BRENDA KARMIOL, Respondent, v BRUNO ASTORINO, Appellant. [783 NYS2d 839]—In an action to recover damages for personal injuries, the defendant appeals, as limited by his brief, from so much of an order of the Supreme Court, Orange County (McGuirk, J.), dated October 8, 2003, as denied his cross motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed insofar as appealed from, with costs.

In support of his cross motion for summary judgment dismissing the complaint, the defendant failed to make a prima facie showing of entitlement to judgment as a matter of law (*see* CPLR 3212 [b]; *Alvarez v Prospect Hosp.*, 68 NY2d 320 [1986]). Accordingly, the cross motion properly was denied. Prudenti, P.J., Ritter, H. Miller and Spolzino, JJ., concur.